UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AMBER G. WOODS,

    Plaintiff,

v.

    Case No. 8:23-cv-02201-KKM-TGW

ENHANCED RECOVERY COMPANY, LLC,

    Defendant.

_____/

### PLAINTIFF'S MOTION FOR DEFAULT JUDGMENTAGAINST ENHANCED RECOVERY COMPANY, LLC

**NOW COMES** AMBER G. WOODS ("Plaintiff"), by and through her undersigned attorney and pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, requesting that this Honorable Court enter a Default Judgment against ENHANCED RECOVERY COMPANY, LLC., ("Defendant") and in support thereof, states the following:

1. On September 28, 2023, Plaintiff filed a lawsuit against Defendant seeking redress for violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692 et seq., and the Florida Consumer Collection Practices Act ("FCCPA") by engaging in the following conduct [Dkt. 1]:

    a. Continuously calling Plaintiff on her cellular telephone despite her requests for Defendant's calls to cease entirely;

    b. Deceptively attempting to collect a debt not owed by Plaintiff;

   c. Unfairly representing that Plaintiff has a financial obligation to pay the subject debt despite never owing the subject debt.

2. On October 4, 2023, Defendant waived service. [Docket No. 5].

3. On December 3, 2023, Defendant's time to answer or otherwise plead elapsed.

4. On December 29, 2023, after Defendant failed to answer or otherwise plead, Plaintiff caused to be filed a Motion for Entry of Default. The Motion for Entry of Clerk's Default was signed by the undersigned counsel attesting that service had properly been effectuated and Defendant was not in member of a protected category. [Docket No. 9].

5. On January 2, 2024, the Clerk of the Court entered a Default against Defendant. [Docket No. 10].

6. Having gained an Entry of Default against Defendant, Plaintiff now moves this Honorable Court to enter a Default Judgment on a Sum Certain against Defendant and in favor of Plaintiff.

7. Defendant is aware of the instant proceedings and has willfully chosen not to enter the case despite proper service.

8. Plaintiff seeks statutory damages and payment of her costs and reasonable attorney fees pursuant to 15 U.S.C. §1692k(a)(2)(A); and Fla. Stat. §559.77.

## DAMAGES

9. Plaintiff only seeks statutory damages of $1,000.00 pursuant to both the 15 U.S.C. §1692k(a)(2)(A) and Fla. Stat. §559.77. As Plaintiff stated in her Complaint,

Defendant continued to place unwanted collection calls to Plaintiff attempting to collect a debt not owed by Plaintiff.

10. In fact, Plaintiff made Defendant aware on multiple occasions that the debt was not owed and that Defendant was contacting the wrong party for collections.

11. FDCPA and FCCPA further provide for statutory damages in appropriate circumstances. As outlined in Plaintiff's Complaint, the nature of Defendant is such that statutory damages will be appropriate in this case.

12. Defendant's actions in this matter has clearly demonstrated a lack of respect for the law and legal process. They have had notice of this lawsuit. Rather than avail themselves of the legal process, Defendant has willfully chosen not to participate and as such has waived their right to be given any benefit by this Honorable Court.

**WHEREFORE**, Plaintiff, AMBER G. WOODS, respectfully requests that this Honorable Court enter judgment in her favor as follows:

a. Entering a Default Judgment against Defendant and in favor of Plaintiff;

b. Awarding Plaintiff statutory damages of $1,000.00 pursuant to both 15 U.S.C. §1692k(a)(2)(A) and Fla. Stat. §559.77 against Defendant and in favor of Plaintiff;

c. Allowing judgment interest to be added; and

d. Awarding any other relief as this Honorable Court deems just and appropriate.

DATED: January 15, 2024                    Respectfully submitted,

                                                      **AMBER G. WOODS**

                                                     *s/ Alexander J. Taylor*
                                                     Alexander J. Taylor, Esq.
                                                     Florida Bar No. 1013947
                                                     Counsel for Plaintiff
                                                     Sulaiman Law Group, Ltd
                                                     2500 S Highland Ave, Suite 200
                                                     Lombard, IL 60148
                                                     Telephone: (630) 575-8181
                                                     ataylor@sulaimanlaw.com

## CERTIFICATE OF SERVICE

      The undersigned, one of the attorneys for Plaintiff, certifies that January 15, 2024, he caused a copy of the foregoing **PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST ENHANCED RECOVERY COMPANY, LLC,** to be served by U.S. Priority Mail on:

ENHANCED RECOVERY COMPANY, LLC.

C/O ROCKY LANDOLL
8014 BAYBERRY RD. JACKSONVILLE, FL 32256

                                                     *s/ Alexander J. Taylor*